In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00150-CV**

_____

**IN THE INTEREST OF H.V.C.**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-239,935**

_____

**MEMORANDUM OPINION**

Nickey Lynn Coleman filed a notice of appeal after the trial court signed a final order in a suit affecting his parent-child relationship with his child, H.V.C. But after he filed the notice, he failed to pay the filing fee for the appeal.

On June 27, 2022, the District Clerk notified the Court that Coleman had failed to arrange to pay for the clerk's record in his appeal. On that same day, we notified the parties that Coleman had not established his indigence and that as a result, since Coleman had failed to pay or arrange to pay the fee charged by the District Clerk for preparing the clerk's record, the clerk's record had not been filed.

1

We warned Coleman the appeal would be dismissed for want of prosecution without further notice unless he paid the filing fee by July 12, 2022. And we warned Coleman the appeal would be dismissed unless he arranged to pay the fee required to file the clerk's record or that he needed additional time to do so. *See* Tex. R. App. P. 37.3(b). None of the parties responded to the Court's notices.

In the absence of a satisfactory explanation justifying Coleman's failure to pay the filing fee in his appeal or to explain his failure to arrange to pay for a clerk's record to support his appeal, we dismiss the appeal for want of prosecution. *See id.* 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 24, 2022
Opinion Delivered August 25, 2022

Before Golemon, C.J., Kreger and Horton, JJ.

2